UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 JAMAR LEE-STINSON,
D-2 AMIAYA BRYANT,

    Defendants.
_____/

Case: 2:22-cr-20505
Judge: Michelson, Laurie J.
MJ: Patti, Anthony P.
Filed: 10-05-2022
INDI USA VS SEALED MATTER (DP)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 2119 - *Carjacking*)

D-1 JAMAR LEE-STINSON
D-2 AMIAYA BRYANT

On or about November 14, 2021, in the Eastern District of Michigan, Southern Division, defendants JAMAR LEE-STINSON and AMIAYA BRYANT, aided and abetted by one another, with the intent to cause death and serious bodily harm, took a 2021 Kia Soul that had been previously shipped in interstate and foreign commerce, from the person and presence of another, and did so by force, violence and

intimidation, resulting in serious bodily injury, to-wit: a gunshot wound that caused a substantial risk of death and extreme physical pain, all in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

*(18 U.S.C. § 924(c) – Discharging a Firearm During
and in Relation to a Crime of Violence)*

D-1 JAMAR LEE-STINSON
D-2 AMIAYA BRYANT

On or about November 14, 2021, in the Eastern District of Michigan, Southern Division, defendants JAMAR LEE-STINSON and AMIAYA BRYANT, aided and abetted by one another, used and carried, and discharged, a firearm, during and in relation to a crime of violence for which the defendants JAMAR LEE-STINSON and AMIAYA BRYANT may be prosecuted in a court of the United States, that is, Carjacking as alleged in Count One of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## FORFEITURE ALLEGATIONS
(18 U.S.C. 982(a)(5); 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461)

1.  The allegations contained in Counts One through Two of this Indictment are hereby incorporated by reference for the purpose of

alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(5) and Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Indictment, defendants JAMAR LEE-STINSON and AMIAYA BRYANT shall forfeit to the United States: (a) any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5); and (b) any firearm and ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

3. Upon conviction of the offense charged in Count Two of this Indictment, defendants JAMAR LEE-STINSON and AMIAYA BRYANT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461, any firearm and ammunition involved in or used in defendant's knowing violation of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson
Date: October 5, 2022

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant U.S. Attorney

s/David Cowen
DAVID COWEN
Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _JB_ |

**Case Title:** USA v. Jamar Lee-Stinson, Amiaya Bryant

**County where offense occurred :** Wayne

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

　　✓ Indictment/____ Information --- **no** prior complaint.
　　____ Indictment/____ Information --- based upon prior complaint [Case number: 　　　　　　　]
　　____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 5, 2022
　　Date

*Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax:    (313) 226-5464
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P-55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16